UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>             Plaintiff,<br><br>      v.<br><br>HILDRETH,<br><br>             Defendant. | 1:13-cv-01887 GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 21, 2013, Plaintiff filed the Complaint commencing this action, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff did not submit the request for leave to proceed in forma pauperis on the form used by this court.  Plaintiff shall be granted additional time to submit a new request on the court's form, or in the alternative, to pay the $400.00 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately

1

preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **November 22, 2013**           /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE